# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD JOE FOSTER, JR.**                                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 4:16-CV-00923 BSM/BD**

**GARY ANDREWS**                                                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Richard Joe Foster Jr., an inmate at the Faulkner County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Foster's complaint contained a number of problems that prevented the case from moving forward.  He was ordered to file an amended complaint within 30 days of December 28, 2016, to cure the deficiencies.  To date, he has failed to comply with the

Court's December 28, 2016 Order, and the time for doing so has passed.

In addition, mail sent to Mr. Foster from the court has been returned as undeliverable. (#5, #7, #8) On January 13, 2017, the Court ordered Mr. Foster to notify the court of his current address within thirty days or risk dismissal of his lawsuit. (#6) He has not notified the court of his current address as of this date. In fact, he has not communicated with the Court since filing his complaint on December 23, 2016.

In both the order requiring Mr. Foster to amend the complaint and the order requiring him to update his address, the Court specifically cautioned Mr. Foster that his claims could be dismissed if he failed to comply with the Court's Orders by the respective deadlines. (#4, #6)

### III. Conclusion:

The Court recommends that Mr. Foster's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 28, 2016 Order to amend his complaint and the January 13 Order to notify the court of his current address.

DATED this 15th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE