# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD JOE FOSTER, JR.**                                         **PLAINTIFF**

v.               **CASE NO. 4:16-CV-00923 BSM**

**GARY ANDREWS**                                                            **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 9] submitted by United States Magistrate Judge Beth Deere has been received. The parties have not filed objections. After careful consideration of the recommended disposition, it is adopted in its entirety, and plaintiff Richard Foster's case is dismissed without prejudice. It is further certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of April 2017.

_____
UNITED STATES DISTRICT JUDGE